AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TORRES, EDWIN G. | U.S. DIST. CT., S.D. FLA. | 08/13/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE - FULL-TIME | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

James Lawrence King Federal Building
99 N.E. 4th Street, Rm. 1027
Miami, Florida 33132

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | University of Miami - Adjunct Faculty Teaching | $3,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | University of Miami School of Law - salary as Faculty member, Legal Communications Program |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **TORRES, EDWIN G.** | 08/13/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts (checking/CDs) | B | Interest | K | T | | | | | |
| 2. Gibraltar Bank CD | A | Interest | K | T | | | | | |
| 3. American Express Savings | A | Interest | K | T | | | | | |
| 4. INVESTACORP ROTH IRA | | | K | T | | | | | |
| 5. -- JNL Mellon Capital Intl Index | | None | | | Sold | 05/20/14 | J | | |
| 6. -- JNL/Mellon Capital Sm. Cap Index | | None | | | Sold | 05/20/14 | J | | |
| 7. -- JNLMellon Capital Consumer Brd Sct | | None | J | T | Buy | 05/20/14 | J | | |
| 8. -- JNL/Mellon Capital Healthcare Sector | | None | J | T | Buy | 05/20/14 | J | | |
| 9. -- JNL/Mellon S&P 500 Index | | None | J | T | Buy | 05/20/14 | J | | |
| 10. -- JNL/Mellon Capital Tech Sector | | None | J | T | Buy | 05/20/14 | J | | |
| 11. -- 5Yr Fixed Income Guarantee Acct | A | Interest | J | T | | | | | |
| 12. EGT ROLLOVER IRA | | | M | T | | | | | |
| 13. -- 5Yr Fixed Income Guarantee Acct | A | Interest | K | T | | | | | |
| 14. -- JNL/Mellon Capital Intl Index | | None | | | Sold | 05/20/14 | K | | |
| 15. -- JNL/Mellon Capital Sm Cap Index | | None | | | Sold | 05/20/14 | K | | |
| 16. -- JNL/Mellon Capital S&P 500 Index | | None | K | T | Buy | 05/20/14 | K | | |
| 17. -- JNL/Mellon Capital Consumer Brd Sct | | None | K | T | Buy | 05/20/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- JNL/Mellon Capital Healthcare Sector | | None | J | T | Buy | 05/20/14 | J | | |
| 19. --JNL/Mellon Capital Tech Sector | | None | K | T | Buy | 05/20/14 | J | | |
| 20. SPOUSE ROLLOVER IRA | C | Int./Div. | N | T | | | | | |
| 21. -- Apple Inc. Common Stock | A | Dividend | K | T | | | | | |
| 22. -- Ishares Iboxx Hi Yield ETF | A | Dividend | | | Sold | 05/02/14 | K | | |
| 23. -- Ishares U.S. Pfd Stk ETF | A | Dividend | | | Sold | 05/02/14 | K | | |
| 24. -- SPDR Series Trust Barclays High Yd Bond ETF | A | Dividend | | | Sold | 05/02/14 | J | | |
| 25. -- CASH account (holding net of shares sold above) | A | Interest | L | T | Open | 05/02/14 | L | | |
| 26. FS Investment Corp. (Shares in Private Investment Fund) | C | Dividend | L | T | | | | | |
| 27. -- First Trust Exchange Traded Fund Consumer Discretionary | A | Dividend | | | Sold | 04/29/14 | K | | |
| 28. -- First Trust Exchange Traded Fund Consumer Staple | A | Dividend | | | Sold | 04/29/14 | K | | |
| 29. -- First Trust Exchange Traded Fund Internet Index | | None | | | Sold | 04/29/14 | K | | |
| 30. -- First Trust Exchange Traded Fund Healthcare | | None | | | Sold | 04/29/14 | K | | |
| 31. -- First Trust Exchange Traded Fund Biotech | | None | | | Sold | 04/29/14 | K | | |
| 32. -- Ishares Dow Jones US ETF | A | Dividend | | | Sold | 05/02/14 | J | | |
| 33. -- Ishares IBoxx Invest. CP ETF | A | Dividend | | | Sold | 05/02/14 | J | | |
| 34. -- Ishares Interim CR Bond ETF | A | Dividend | | | Sold | 05/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Ishares Intl. Treasury Bond ETF | A | Dividend | | | Sold | 05/02/14 | J | | |
| 36. -- Ishares MSCI Intl ETF Funds | | None | | | Sold | 05/02/14 | J | | |
| 37. -- Ishares MSCI Small Cap ETF | | None | | | Sold | 05/02/14 | J | | |
| 38. -- First Trust Exch. Traded Fund Dorsey Wright ETF | A | Dividend | M | T | Buy | 05/02/14 | M | | |
| 39. -- Powershares ETF Trust II S&P500 Low Volume | A | Dividend | | | Sold | 06/13/14 | L | | |
| 40. -- Powershares ETF Trust II DWA Momentum | A | Dividend | | | Sold | 06/13/14 | L | | |
| 41. -- Powershares ETF Trust II DWA Develop. Mkt. | A | Dividend | | | Buy (add'l) | 05/02/14 | K | | |
| 42. | | | | | Sold | 08/08/14 | L | | |
| 43. -- Powershares ETF Trust II DWA Emerging Mkt. | A | Dividend | | | Sold | 05/02/14 | K | | |
| 44. -- SPDR Series Trust Barclays Conv. Secs. ETF | A | Dividend | K | T | | | | | |
| 45. -- SPDR Series Trust Barclays Intl Corp. | A | Dividend | | | Sold | 05/02/14 | J | | |
| 46. -- SPDR Series Trust Interim Term Corp Bond Fd. | A | Dividend | | | Sold | 05/02/14 | J | | |
| 47. -- Ishares Trust S&P 500 Growth ETF | A | Dividend | | | Buy | 08/28/14 | K | | |
| 48. -- Ishares Trust S&P Value ETF | A | Dividend | | | Buy | 08/28/14 | K | | |
| 49. --SPDR S&P 500 ETF Trust | | | K | T | Buy | 08/28/14 | K | | |
| 50. --Powershares Global ETF Tr. Sovereign Debt | A | Dividend | K | T | Buy | 08/28/14 | K | | |
| 51. --Powershares QQQ Trust Unit Ser. 1 | A | Dividend | K | T | Buy | 08/28/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Powershares Global ETF Tr. Agg. PFD | A | Dividend | K | T | Buy | 08/28/14 | K | | |
| 53. --SPDR Dow Indus. Avg. ETF Ser. 1 | | None | K | T | Buy | 11/26/14 | K | | |
| 54. SPOUSE 401K ACCT | | None | L | T | | | | | |
| 55. -- Fidelity Freedom Index 2025W | | None | L | T | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TORRES, EDWIN G. | 08/13/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EDWIN G. TORRES**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544